**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO. 18-_____ (CRC)** |
| | ) | **UNDER SEAL** |
| **v.** | ) | 21 U.S.C. §§ 959(a), 960, 963 (Conspiracy to Distribute Five Kilograms or More of Cocaine for Importation into the United States) |
| **ELPIDIO MOJARRO-RAMIREZ,** | ) | 21 U.S.C. §§ 959(c), 960, 963 (Conspiracy to Distribute Five Kilograms or More of Cocaine on Board Aircraft Registered in the United States) |
| | ) | 18 U.S.C. § 2 (Aiding and Abetting) |
| **Defendant.** | ) | 21 U.S.C. §§ 853, 970 (Criminal Forfeiture) |

## INFORMATION

The United States of America, Narcotic and Dangerous Drug Section, Criminal Division, U.S. Department of Justice, charges that:

## COUNT ONE

Beginning in or around 1994, and continuing through approximately January 29, 2015, the exact dates being unknown, in the country of Mexico and elsewhere, the defendant, ELPIDIO MOJARRO-RAMIREZ, also known as "Pilo," did knowingly, intentionally, and willfully conspire and agree with others, known and unknown, to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a schedule II controlled substance, intending and knowing that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a); Title 21, United States Code, Section 963; and Title 18, United States Code, Section 2.

The controlled substance involved in the conspiracy attributable to the defendant as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a schedule II controlled substance, in violation of Title 21, United States Code, Section 960(b)(1)(B).

(Conspiracy to distribute 5 kilograms or more of cocaine for importation into the United States in violation of Title 21, United States Code, Sections 959(a), 960, and 963; aiding and abetting in violation of Title 18, United States Code, Section 2)

**COUNT TWO**

Beginning in or around May 2014, and continuing through approximately January 29, 2015, the exact dates being unknown, in the countries of Mexico, Venezuela, and elsewhere, the defendant, ELPIDIO MOJARRO RAMIREZ, also known as "Pilo," did knowingly, intentionally, and willfully conspire and agree with others, known and unknown, to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a schedule II controlled substance, on board an aircraft registered in the United States, in violation of Title 21, United States Code, Section 959(c); Title 21, United States Code, Section 963; and Title 18, United States Code, Section 2.

The controlled substance involved in the conspiracy attributable to the defendant as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a schedule II controlled substance, in violation of Title 21, United States Code, Section 960(b)(1)(B).

(Conspiracy to distribute 5 kilograms or more of cocaine on board an aircraft registered in the United States in violation of Title 21, United States Code, Sections 959(c), 960, and 963; aiding and abetting in violation of Title 18, United States Code, Section 2)

## CRIMINAL FORFEITURE ALLEGATION

The United States hereby gives notice to the defendant that, upon the conviction of the offense charged in this Information, the government will seek forfeiture in accordance with Title 21, United States Code, Sections 853 and 970, of all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the alleged Title 21 violation, and all property used or intended to be used in any manner or part to commit and to facilitate the commission of such offense.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Criminal Forfeiture, in violation of Title 21, United States Code, Sections 853 and 970)

Arthur G. Wyatt
Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20530

By: ______________________
Brett C. Reynolds
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20530